UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

MYRA STRAUSS,

                Plaintiff,

    - against -

AIR MAIL, LLC,

                Defendant.

-------------------------------------------------------------- x

No. 24 Civ. 5123 (AKH)

**NOTICE OF MOTION TO SET ASIDE DEFAULT AND EXTEND TIME TO ANSWER**

      PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the exhibit and proposed order annexed thereto, and all pleadings herein, Defendant Air Mail, LLC hereby moves before the Honorable Alvin K. Hellerstein, United States District Judge, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 14D, New York, New York, for an order (1) setting aside the entry of default of Defendant noted by the Clerk at ECF No. 10, pursuant to Federal Rule of Civil Procedure 55(c); and (2) extending Defendant's time to answer, move against, or otherwise respond to Plaintiff's Complaint to October 17, 2024, pursuant to Federal Rule of Civil Procedure 6(b).

      PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1(b), Plaintiff's deadline to file opposition, if any, to the motion is October 4, 2024.

Dated: September 20, 2024
       New York, New York

                                    */s/ Raphael Holoszyc-Pimentel*
                                    Raphael Holoszyc-Pimentel
                                    DAVIS WRIGHT TREMAINE LLP
                                    1251 Avenue of the Americas, 21st Floor
                                    New York, NY 10020
                                    (212) 489-8230
                                    rhp@dwt.com

                                    *Attorneys for Defendant Air Mail, LLC*

[Handwritten notation: "So ordered 9/23/24" with signature of Alvin K. Hellerstein]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
MYRA STRAUSS,

                Plaintiff,

    - against -

AIR MAIL, LLC,

                Defendant.
---------------------------------------------------------------- x

No. 24 Civ. 5123 (AKH)

**[PROPOSED] ORDER**

ALVIN K. HELLERSTEIN, U.S.D.J.:

    For the reasons stated in Defendant's motion to set aside the default and extend the time to answer, Defendant's motion is GRANTED.

    The entry of default of Defendant noted by the Clerk at ECF No. 10 is hereby set aside.

    Defendant's time to answer, move against, or otherwise respond to Plaintiff's Complaint is hereby extended to October 17, 2024.

    It is SO ORDERED.

Dated: _____
       New York, New York

                              _____
                              ALVIN K. HELLERSTEIN
                              United States District Judge